IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| VICTORIA BURNLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 3:24-cv-00117-CDL |
| | ) | |
| MISSISSIPPI GREEN OIL, LLC, | ) | |
| THOMAS J. MOORE, III, and | ) | |
| CHARLES T. HILL, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Victoria Burnley hereby notices this Court, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that this matter is dismissed without prejudice against all Defendants. In support of this, Ms. Burnley states that no Defendant has served an answer and/or a dispositive motion. Ms. Burnley further notes that no judgments have been entered in this matter.

## CONCLUSION

Ms. Burnley notices that this matter is dismissed against all Defendants, without prejudice, as to all claims pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted, this 16th day of December, 2024.

        FGP LAW, LLC

        /s/ Frank G. Podesta
        Frank G. Podesta
        Georgia Bar No. 496530
        Florida Bar No. 0090488
        fpodesta@fgplaw.com

        555 Sun Valley Drive
        Suite N-3
        Roswell, Georgia 30076
        678.677.5143 (voice)
        678.222.0123 (facsimile)
        *Attorneys for Victoria Burnley*